UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY SMITH                                                                                              PLAINTIFF

VS.                                              4:16-CV-00679 BRW

SCOTT BRADLEY,
Van Buren County Detention Center, et al.                                                       DEFENDANTS

ORDER

Mr. Smith has not complied with the December 30, 2016 Order directing him to file a freeworld application to proceed *in forma pauperis* and a statement indicating his desire to continue with this lawsuit.[1] The time to do so has expired.

Accordingly, this case is dismissed without prejudice due to a lack of prosecution.[2] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[3]

IT IS SO ORDERED this 2nd day of February, 2017.

      /s/ Billy Roy Wilson
    UNITED STATES DISTRICT JUDGE

---

[1] Doc. 3.

[2] Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b).

[3] 28 U.S.C. § 1915(a)(3).