**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ANTHONY SMITH**                                                                                               **PLAINTIFF**

**VS.**                                            **4:16-CV-00679 BRW**

**SCOTT BRADLEY,**
**Van Buren County Detention Center, et al.**                                       **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice.

I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 2nd day of February, 2017.

                                      /s/ Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).